UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENT ADAM JAMES,

        Petitioner

  -versus-

UNITED STATES OF AMERICA,

        Respondent.

18 Civ. 10389 (LAP)
97 Cr. 185 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Mr. James's motion for an extension of time to file a notice of appeal (dkt. no. 31). Mr. James's motion is GRANTED. He may file his notice of appeal by September 1, 2020. The Clerk of the Court shall mail a copy of this order to Mr. James.

**SO ORDERED.**

Dated:  August 17, 2020
       New York, New York

                                        _____
                                        LORETTA A. PRESKA, U.S.D.J.